**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | Case No. 12-11904 |
|---|---|
| ANGEL LUIS RIVERA<br>ESTHER RIVERA<br>    Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/26/2012.

2) The plan was confirmed on 07/26/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/14/2012.

5) The case was dismissed on 03/07/2013.

6) Number of months from filing to last payment: 11.

7) Number of months case was pending: 15.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $36,095.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

Case 12-11904   Doc 53   Filed 06/19/13   Entered 06/19/13 11:48:08   Desc Main
Document      Page 2 of 4

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $2,458.56 |
| Less amount refunded to debtor | $300.00 |

**NET RECEIPTS:** $2,158.56

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $783.13 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $73.28 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $856.41

Attorney fees paid and disclosed by debtor: $181.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVOCATE IILINOIS MASONIC MED | Unsecured | 38.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE ILLINOIS MASONIC MED | Unsecured | 12,919.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 1,873.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | NA | 776.26 | 776.26 | 0.00 | 0.00 |
| CARD MEMBER SERVICE | Unsecured | 437.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 86.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH INC | Unsecured | 394.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,286.00 | 2,755.16 | 2,755.16 | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 906.00 | 817.14 | 817.14 | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Secured | NA | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 209.00 | NA | NA | 0.00 | 0.00 |
| DEUTSCHE NATIONAL TRUST CO | Secured | 189,350.00 | 221,240.78 | 239,137.45 | 0.00 | 0.00 |
| DEUTSCHE NATIONAL TRUST CO | Unsecured | 43,484.00 | NA | NA | 0.00 | 0.00 |
| DEUTSCHE NATIONAL TRUST CO | Secured | NA | 17,896.67 | 17,896.67 | 1,302.15 | 0.00 |
| DIVERSIFIED EMERGENCY SERV | Unsecured | 649.00 | NA | NA | 0.00 | 0.00 |
| HSBC/ORCHARD BANK | Unsecured | 485.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTIONS SERVICE | Unsecured | 291.00 | NA | NA | 0.00 | 0.00 |
| JUST ENERGY | Unsecured | 1,252.00 | NA | NA | 0.00 | 0.00 |
| MERCY HOSPITAL MEDICAL CENTEI | Unsecured | 583.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 284.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 2,285.00 | 2,407.64 | 2,407.64 | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 1,200.00 | 698.70 | 698.70 | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 1,065.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,000.00 | 900.81 | 900.81 | 0.00 | 0.00 |
| QUALITY HEALTHCARE EQUIPMENT | Unsecured | 1,287.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| SAINTS MARY & ELIZABETH MED | Unsecured | 1,104.00 | NA | NA | 0.00 | 0.00 |
| SELECT PORTFOLIO SVC | Unsecured | 43,484.00 | NA | NA | 0.00 | 0.00 |
| SELECT PORTFOLIO SVC | Secured | 189,350.00 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Unsecured | NA | 0.00 | 2,907.20 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SPRINGLEAF FINANCIAL SERVICES | Secured | 4,741.00 | 2,787.24 | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Unsecured | 3,110.00 | 1,628.94 | 5,943.94 | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Secured | 2,313.00 | 4,315.00 | 4,315.00 | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Secured | NA | 119.96 | NA | 0.00 | 0.00 |
| SUNTRUST BANK | Unsecured | 414.00 | NA | NA | 0.00 | 0.00 |
| THE PAYDAY LOAN STORE OF IL | Unsecured | 2,690.00 | 1,554.08 | 1,554.08 | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS | Unsecured | 12,600.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 500.00 | 543.52 | 543.52 | 0.00 | 0.00 |
| VILLAGE IMAGING PROFESSIONAL | Unsecured | 22.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $239,137.45 | $0.00 | $0.00 |
| Mortgage Arrearage | $17,896.67 | $1,302.15 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $4,315.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$261,349.12** | **$1,302.15** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$19,304.45** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $856.41 |
| Disbursements to Creditors | $1,302.15 |
| **TOTAL DISBURSEMENTS :** | **$2,158.56** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/19/2013                          By: /s/ Tom Vaughn
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**